United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZENOPHON T. BOWENS, | No. C 04-4934 SI |
| Plaintiff, | **ORDER GRANTING MOTION FOR LEAVE TO AMEND** |
| v. | |
| AMERICAN AIRLINES, INC. and EDWARD HIRSCH, | |
| Defendants. | |

On July 29, 2005, plaintiff filed a motion for leave to amend his complaint to add a claim of false imprisonment.[1] The Court deems this matter appropriate for submission without oral argument pursuant to Civil Local Rule 7-1(b).

Defendant argues that the Court should not allow plaintiff to amend because it is late in the proceedings and will prejudice defendant. The Court rejects these arguments, as the discovery deadline has not yet passed and this is the first substantive motion filed in the case. Additionally, the Court will allow defendant to conduct an additional deposition of plaintiff and conduct any additional discovery that specifically addresses the false imprisonment claim, which should allay any of defendant's concerns about prejudice.

Defendant also appears to argue that the amendment is futile. Since the proposed Second Amended Complaint has not been provided, it is difficult to evaluate this contention. However, the Court recognizes that leave to amend should be freely granted under Federal Rule of Civil Procedure 15, and will grant it now. Should the claim ultimately prove futile, that point can be addressed by defendants during the dispositive

---

[1] Plaintiff's motion did not include the proposed Second Amended Complaint, as required by Civil L.R. 10-1, and could be denied on that ground. However, in an effort to streamline this matter, the Court will rule on the motion at this time.

motions in this case.

Plaintiff is granted leave to file a Second Amended Complaint to allege false imprisonment. **The Second Amended Complaint shall be filed on or before September 7, 2005.** [Docket #13.]

**IT IS SO ORDERED.**

Dated: August 30, 2005

_____
Susan Illston
United States District Judge