1  STEPHEN C. KENNEY (SBN 53883)
   G. RUSSELL CLARK (SBN 144764)
2  KENNEY & MARKOWITZ L.L.P.
   255 California Street, Suite 1300
3  San Francisco, CA 94111
   Telephone:   (415) 397-3100
4  Facsimile:   (415) 397-3170
   skenney@kennmark.com
5  shilton@kennmark.com
   rclark@kennmark.com
6

7  Attorneys for Defendant
   AMERICAN AIRLINES, INC.
8

9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NORTHERN DIVISION – **E-FILING**

| ZENOPHON T. BOWENS, | CASE NO. C 04-4934SI |
|---|---|
| Plaintiff, | **STIPULATION** |
| v. | |
| AMERICAN AIRLINES, | |
| Defendant. | |

The parties, by and through their attorneys of record herein, hereby stipulate that additional time is needed to conduct an Early Neutral Evaluation Conference. Accordingly, the parties respectfully request that the Court continue the present Early Neutral Evaluation cutoff date of December 19, 2005 to February 26, 2006.

DATED: December 5, 2005        KENNEY & MARKOWITZ L.L.P.

                               By:_____
                               STEPHEN C. KENNEY
                               G. RUSSELL CLARK
                               Attorneys for Defendant
                               AMERICAN AIRLINES, INC.

{30076.301799 0119669.DOC}                 -1-
                        STIPULATION; CASE NO. C 04-4934SI

| | |
|---|---|
| DATED: November 30, 2005 | **CROWELL & CROWELL LLP** |
| | By: _____ |
| | HENDRICK S. CROWELL, II |
| | Attorneys for Plaintiff |
| | ZENOPHON T. BOWENS |
| | |
| DATED: November __, 2005 | **LAW OFFICES OF ROBERT E. BREECKER** |
| | By: _____ |
| | ROBERT E. BREECKER |
| | Attorneys for Defendant |
| | EDWARD HIRSCH |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IT IS SO ORDERED

Judge Susan Illston

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: November __, 2005 | **CROWELL & CROWELL LLP** |
| 3 | | |
| 4 | | |
| 5 | | By: _____ |
| 6 | | HENDRICK S. CROWELL, II |
| 7 | | Attorneys for Plaintiff<br>ZENOPHON T. BOWENS |
| 8 | | |
| 9 | | |
| 10 | DATED: November 30, 2005 | **LAW OFFICES OF ROBERT E. BREECKER** |
| 11 | | |
| 12 | | By: _/s/ Robert E. Breecker_____ |
| 13 | | ROBERT E. BREECKER |
| 14 | | Attorneys for Defendant<br>EDWARD HIRSCH |

{30076.301799 0119669.DOC}

-2-
STIPULATION; CASE NO. C 04-4934 SI