United States District Court

For the Northern District of California

1
2
3
4
5                     IN THE UNITED STATES DISTRICT COURT
6                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
7
8    ZENOPHON T. BOWENS,                        No. C 04-4934 SI
9                Plaintiff,                      **ORDER DENYING REQUEST TO**
                                                **EXTEND DISCOVERY DEADLINES**
10       v.
11   AMERICAN AIRLINES, INC. and EDWARD
     HIRSCH,
12                Defendants.
                                            /
13
14          On December 7, 2005, plaintiff filed a letter brief requesting extension of the already-passed October
15   28, 2005 discovery deadline.  Plaintiff's request is DENIED, on the basis that it is untimely and that no good
16   cause has been shown for the requested extension. [Docket ## 27, 28, 30, 32]
17
18          **IT IS SO ORDERED.**
19
20   Dated: January 4, 2006
21
22                                                  _____
                                                    SUSAN ILLSTON
23                                                  United States District Judge
24
25
26
27
28