STEPHEN C. KENNEY (SBN 53883)
G. RUSSELL CLARK (SBN 144764)
KENNEY & MARKOWITZ L.L.P.
255 California Street, Suite 1300
San Francisco, CA 94111
Telephone: (415) 397-3100
Facsimile: (415) 397-3170
skenney@kennmark.com
shilton@kennmark.com
rclark@kennmark.com

Attorneys for Defendant
AMERICAN AIRLINES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NORTHERN DIVISION – **E-FILING**

| | |
|---|---|
| ZENOPHON T. BOWENS,<br><br>  Plaintiff,<br><br>v.<br><br>AMERICAN AIRLINES,<br><br>  Defendant. | CASE NO. C 04-4934 SI<br><br>**STIPULATION FOR DISMISSAL** |

IT IS HEREBY STIPULATED by and between the parties, by and through the undersigned attorney for plaintiff ZENOPHON BOWENS and the undersigned attorneys for defendant AMERICAN AIRLINES and defendant EDWARD HIRSCH that the above-entitled action is discontinued and the complaint dismissed with prejudice and without cost to either party.

///

///

///

///

///

{30076.301799 0120575.DOC}   -1-
STIPULATION FOR DISMISSAL; CASE NO. C 04-4934SI

| | |
|---|---|
| 1 | IT IS SO AGREED: |
| 2 | |
| 3 | DATED: January 18, 2005 |
| | CHOYCE & CROWELL, LLP |
| | |
| | By: _____ |
| | DIONNE E. CHOYCE, ESQ. |
| | Attorneys for Plaintiff |
| | ZENOPHON BOWENS |
| | |
| 11 | DATED: January __, 2005 |
| 12 | KENNEY & MARKOWITZ L.L.P. |
| | |
| | By: _____ |
| | STEPHEN C. KENNEY |
| | G. RUSSELL CLARK |
| | Attorneys for Defendant |
| | AMERICAN AIRLINES, INC. |
| | |
| 19 | DATED: January __, 2005 |
| | LAW OFFICES OF ROBERT E. BREECKER |
| | |
| | By: _____ |
| | ROBERT E. BREECKER |
| | Attorneys for Defendant |
| | EDWARD HIRSCH |

{30076.301799 0120575.DOC}

-2-
STIPULATION FOR DISMISSAL; CASE NO. C 04-4934SI

IT IS SO AGREED:

DATED: January __, 2005

**CHOYCE & CROWELL, LLP**

By:_____
DIONNE E. CHOYCE, ESQ.
Attorneys for Plaintiff
ZENOPHON BOWENS

DATED: January 25, 2005

**KENNEY & MARKOWITZ L.L.P.**

By:_____
STEPHEN C. KENNEY
G. RUSSELL CLARK
Attorneys for Defendant
AMERICAN AIRLINES, INC.

DATED: January __, 2005

**LAW OFFICES OF ROBERT E. BREECKER**

By:_____
ROBERT E. BREECKER
Attorneys for Defendant
EDWARD HIRSCH

IT IS SO AGREED:

DATED: January __, 2005

**CHOYCE & CROWELL, LLP**

By:_____
DIONNE E. CHOYCE, ESQ.
Attorneys for Plaintiff
ZENOPHON BOWENS

DATED: January __, 2005

**KENNEY & MARKOWITZ L.L.P.**

By:_____
STEPHEN C. KENNEY
G. RUSSELL CLARK
Attorneys for Defendant
AMERICAN AIRLINES, INC.

DATED: January 24, 2006

**LAW OFFICES OF ROBERT E. BREECKER**

By: /s/ Robert E. Breecker
ROBERT E. BREECKER
Attorneys for Defendant
EDWARD HIRSCH

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Susan Illston]

{30076.301799 0120575.DOC}

-2-

STIPULATION FOR DISMISSAL; CASE NO. C 04-4934SI